950

No. 695. RED ROCK CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *M. E. Kilpatrick* for petitioner. *Solicitor General Perlman, David P. Findling* and *Mozart G. Ratner* for respondent.

No. 696. PARK-IN THEATRES, INC. *v.* PARAMOUNT-RICHARDS THEATRES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Leonard L. Kalish* and *Arthur G. Connolly* for petitioner. *William S. Potter, James L. Latchum* and *Charles R. Fenwick* for respondents.

No. 698. SEIDEN ET AL. *v.* LARSON ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Norman Winer* and *Alfred B. Nathan* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for respondents.

No. 700. ELECTRIC BOND & SHARE CO. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied. *John F. MacLane* for petitioner. *Solicitor General Perlman, John F. Davis, Roger S. Foster* and *Myer Feldman* for the Securities & Exchange Commission; and *Percival E. Jackson* and *A. Fairfield Dana* for Stuberfield et al., respondents.

No. 705. GABRIEL COMPANY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Richard Inglis* and *L. H. Davis* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Harry Baum* for respondent.